1  BILAL A. ESSAYLI
   United States Attorney                          **(UNDER SEAL)**
2  CHRISTINA T. SHAY
   Assistant United States Attorney
3  Chief, Criminal Division
   KEVIN Y. FU (Cal. Bar No. 319465)
4  Assistant United States Attorney
   Orange County Office
5       United States Attorney's Office
        411 West Fourth Street, Suite 8000
6       Santa Ana, California 92701
        Telephone: (714) 338-3576
7       Facsimile: (714) 338-3561
        E-mail:    Kevin.Fu@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

```
                   FILED
            CLERK, U.S. DISTRICT COURT

                 05/15/2025

          CENTRAL DISTRICT OF CALIFORNIA
          BY:      E.C.        DEPUTY
```

10                 UNITED STATES DISTRICT COURT

11             FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,        No. 8:25-mj-00404

13          Plaintiff,               GOVERNMENT'S *EX PARTE* APPLICATION
                                     FOR ORDER SEALING CRIMINAL
14          v.                       COMPLAINT AND RELATED DOCUMENTS;
                                     DECLARATION OF KEVIN Y. FU
15  ALEXANDER G. RAMOS,
       aka "Alejandro Gerardo Ramos    **(UNDER SEAL)**
16     Cisneros,"
       aka "Alex Ramos,"
17
            Defendant.
18

19       The government hereby applies <u>ex parte</u> for an order that the

20  criminal complaint and any related documents in the above-captioned

21  case be kept under seal until the government files a "Report

22  Commencing Criminal Action" in this matter.

23  //

24  //

25  //

26  //

27

28

This ex parte application is based on the attached declaration of Kevin Y. Fu.

Dated: May 15, 2025               Respectfully submitted,

                                  BILAL A. ESSAYLI
                                  United States Attorney

                                  CHRISTINA T. SHAY
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                  */s/ Kevin Y. Fu*
                                  KEVIN Y. FU
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

## <u>DECLARATION OF KEVIN Y. FU</u>

I, KEVIN Y. FU, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I represent the government in the prosecution of <u>United States v. Alexander G. Ramos</u>, the criminal complaint which is being presented for a magistrate's review on May 15, 2025.

2.    The defendant charged in the above-captioned criminal complaint has not yet been taken into custody on the charge contained in the complaint and has not been informed that he is being named as a defendant in the complaint.  The likelihood of apprehending defendant might be jeopardized if the complaint in this case were made publicly available before defendant is taken into custody.  In addition, there may be additional security risks to those involved in apprehending defendant if the complaint were publicly available before defendant is taken into custody.

3.    Accordingly, the government requests that the criminal complaint and related documents in this case be sealed and remain so until defendant is taken into custody on the charge contained in the indictment and the government files a "Report Commencing Criminal Action" in this matter.

4.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Santa Ana, California, on May 15, 2025.

*/s/ Kevin Y. Fu*

_____
KEVIN Y. FU

1