**NOTE: CHANGES MADE BY COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:25-cr-00106-FWS-1 |
| Plaintiff, | |
| v. | **ORDER RE STIPULATION TO CONTINUE SENTENCING HEARING [25]** |
| ALEXANDER G. RAMOS, | |
| Defendant. | |

///

///

///

Having reviewed and considered the Stipulation to Continue Sentencing Hearing [25] ("Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

1.    The Sentencing Hearing in the above-captioned case is **CONTINUED** from October 2, 2025, at 1:30 p.m., in Courtroom 10D, to **January 15, 2026, at 3:30 p.m., in Courtroom 10D**.

2.    Defendant Alexander G. Ramos shall personally appear for the Sentencing Hearing on **January 15, 2026, at 3:30 p.m., in Courtroom 10D**.

**IT IS SO ORDERED**.

Dated:  August 27, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

CC: USPPO